ACCEPTED
06-15-00037-CV
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
10/26/2015 2:00:50 PM
DEBBIE AUTREY
CLERK

# NO. 06-15-00037-CV

IN THE COURT OF APPEALS FOR THE

SIXTH DISTRICT OF TEXAS

AT TEXARKANA

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
10/26/2015 2:00:50 PM
DEBBIE AUTREY
Clerk

MICHAEL D. LEE. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . APPELLANT

V.

THE ROGERS AGENCY, C. MICHAEL ROGERS
& NEW YORK LIFE INS. CO.. . . . . . . . . . . . . . . . . . . . . . . . . . APPELLEES

## SECOND MOTION TO EXTEND TIME
## FOR FILING BRIEF OF APPELLANT

TO THE HONORABLE COURT OF APPEALS:

MICHAEL D. LEE, Appellant, files this motion requesting an extension of

time to file his Brief of Appellant,  and would show unto the Court the following:

I.

This is Appellant's second request for an extension of time in which to file his

brief.   Appellant's brief is due to be filed on October 26, 2015.

I.

Counsel for  Appellant  has begun preparation of Appellant's brief, however,

due to other commitments counsel has been unable to complete research and finalize

the brief in this case by the due date.   Those commitments include:

1. Serving as court-order mediator in <u>Elizabeth Asbel v. REG New Boston, LLC and Robert Taylor</u>, No. 5:14-cv-152 In the United States District Court Eastern District of Texas, Texarkana Division;

2. Serving as mediator in <u>Joanna Hurd v. Penny Smith</u>, Cause No. 12C0656-005 in the District Court of Bowie County, Texas;

3. Serving as mediator in <u>Eddie Ray Shuffield and wife, Chestene Shuffield v. Thomas Bui and wife, Mary Bui, Individually; and Thomas Bui & Sons, Inc.</u>, No. 46-CV-15-71-1 in the Circuit Court of Miller County, Arkansas;

4. Assisting in preparation of the Brief of Appellant in <u>Burlington Resources Oil & Gas Company, LP v. Petromax Operating Company, Inc., Woodbine Acquisition, LLC n/k/a MD America Energy, LLC, Petrotexas, LLC, CH4 Energy II, LLC, and Texcal Energy South Texas, LP</u>, No. 06-15-00044-CV in this Court; and

5. Attendance at the 19th Annual Eastern District of Texas 2015 Bench Bar Conference.

III.

Therefore, Appellant would request an extension of fourteen(14) days in which to file his brief. The requested extension should not in the ordinary course of procedure in this court delay oral argument and submission and is not requested for delay but that justice be served.

WHEREFORE, PREMISES CONSIDERED, Appellant, MICHAEL D. LEE, prays that the time for filing his appellate brief be extended fourteen (14) days until November 9, 2015.

Respectfully submitted,

/s/ *John R. Mercy*
John R.  Mercy
Texas State Bar No. 13947200
MERCY ✶ CARTER ✶ TIDWELL, L.L.P.
1724 Galleria Oaks Drive
Texarkana, TX  75503
Telephone:  (903) 794-9419
Facsimile:   (903) 794-1268
E-mail: jmercy@texarkanalawyers.com


James A. Holmes
Texas State Bar No. 00784290
THE LAW OFFICE OF JAMES HOLMES, PC
212 South Marshall
Henderson, TX 75654
Telephone: (903) 657-2800
Facsimile:   (903) 657-2855
Email:  jh@JamesHolmesLaw.com

ATTORNEYS FOR APPELLANT


## CERTIFICATE OF CONFERENCE

I have contacted Andrew Jubinsky, Attorney for Appellee, New York Life Insurance Company, regarding the relief sought by this motion and he has no objection to the motion. I attempted to contact LaToyia Pierce, Attorney for Appellees, The Rogers Agency and C. Michael Rogers, but have been unable to reach her and, therefore, do not know her position.


/s/ *John R. Mercy*
John R.  Mercy

## CERTIFICATE OF SERVICE

I hereby certify that on October 26, 2015, a true and correct copy of the foregoing *Second Motion to Extend Time for Filing Brief of Appellant* was served on all counsel of record for Appellees by the Electronic Service Provider as follows:

Ms. LaToyia Pierce
WILSON, ELSER, MOSKOWITZ,
  EDLEMAN & DICKER LLP
4800 Bank of America Plaza
901 Main Street
Dallas, TX 75202
Email: latoyia.pierce@wilsonelser.com

Mr. Andrew Jubinsky
FIGARI & DAVENPORT, LLP
3400 Bank of America Plaza
901 Main Street
Dallas, TX 75202
Email: andy.jubinsky@figdav.com

/s/ *John R. Mercy*
John R. Mercy